UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

R&G ENTERPRISES, INC.,

                            Plaintiff,                  19 Civ. 11699 (PAE)

          -v-

SOO JEONG CHOI, RAE H. LEE and R&H CLEANERS, INC.,

                            Defendants.

                                            <u>ORDER TO</u>
                                            <u>SHOW CAUSE</u>

------

PAUL A. ENGELMAYER, District Judge:

       On December 20, 2019, plaintiff filed the complaint. Dkt. 1. On January 3, 2020, plaintiff served defendant R&H Cleaners, Inc. with process. Dkt. 12. On January 21, 2020, plaintiff served defendant Soo Jeong Choi with process. Det. 13. Neither defendant has responded to the complaint or otherwise appeared in this action. On February 5, 2020, plaintiff obtained a Clerk's Certificate of Default as to R&H Cleaners. Dkt. 18. And plaintiff obtained a Clerk's Certificate of defeat as to Soo Jeong Coi, on February 13, 2020. Dkt. 21. On October 2, 2020, the Court issued an Order to Show Cause, prompting plaintiff to move for a default judgment by October 16, 2020 or risk dismissal of the case. Dkt. 23. On October 16, 2020, plaintiff filed a motion for default judgment against R&G Cleaners and Soo Jeong Coi. Dkt. 24.

       Plaintiff's papers in support of its motion are in good order. In light of the current public health situation, the Court will resolve the default judgment motion on the papers. If the corporate defendant wishes to oppose the motion, their counsel shall enter a notice of appearance prior to November 16, 2020, and file an opposition on ECF, explaining why a default judgment is not warranted, by **November 16, 2020 at 5 p.m.** If the individual defendant wishes to oppose

the motion, they must submit, by email, an opposition explaining why a default judgment is not warranted by **November 16, 2020 at 5 p.m.** to EngelmayerNYSDChambers@nysd.uscourts.gov.

Plaintiffs are to serve this order on all defendants forthwith and file proof of this service no later than October 23, 2020.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 19, 2020
       New York, New York