```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

R&G ENTERPRISES, INC.,

                        Plaintiffs,            19-CV-11699 (PAE)(SN)

        -against-                               SCHEDULING ORDER
                                               FOR DAMAGES INQUEST
SOO JEONG CHOI, et al.,

                        Defendants.

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On November 17, 2020, the Honorable Paul A. Engelmayer referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages. Plaintiff has submitted a Motion for the Entry of Default Judgment, ECF No. 24, as well as the affidavits of Michael J. Forino and Bruce Laxer in support of Plaintiff's Motion for the Entry of Default Judgment, ECF Nos. 24-3, 24-11. Plaintiff has further affirmed that the defaulting Defendants were served with this motion. ECF No. 25.

Defendants are ORDERED to file their opposition, if any, no later than 30 days from the date of this Order. If no opposition is filed, the motion will be fully briefed and ready for judicial resolution.

The Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. See Action S.A. v. Marc Rich & Co., 951 F.2d 504, 508 (2d Cir. 1991); Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989). Any party seeking an evidentiary hearing on damages must set forth reasons why the inquest should not be

based upon the written submissions alone and include a description of what witnesses would be called to testify and the nature of the evidence that would be submitted.

Plaintiff is directed to mail this Order to Defendants' last known address and file proof of service.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 19, 2020
          New York, New York

2