UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R&G ENTERPRISES, INC.,

                           Plaintiff,                           19 **CIVIL** 11699 (PAE)(SN)

           -against-                                **<u>DEFAULT JUDGMENT</u>**

SOO JEONG CHOI, et al.,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 7, 2022, the motion for default judgment is granted. The parties' failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F. 3d 601, 604 (2d Cir. 2008); Small v. Sec'y of Health & Human Servs., 892 F.2d 15,16 (2d Cir. 1989) (per curiam). The Court therefore declines to issue a certificate of appealability, and certifies that any appeal from the order would not be taken in in good faith; therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
           October 7, 2022

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                   **BY:**    *K. Mango*

                                                                **Deputy Clerk**